# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00372SOM |
| CASE NAME: | USA vs. (01) Cathleen A. Freitas |
| ATTYS FOR PLA: | Loretta Sheehan for Wes Porter<br>John Murphy (Postal Inspector) |
| ATTYS FOR DEFT: | 01 Cynthia Kagiwada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/18/2006 | TIME: | 9:45 - 10:25 |

COURT ACTION: EP: Motion to Withdraw Not Guilty Plea and to Plead Anew -

Defendant (01) Cathleen A. Freitas present.

Defendant sworn.

Questioned.

Memorandum of Plea Agreement filed, acceptance deferred until after review of the presentence report.

Defendant advised of her rights, including her right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the crime involved.

Government summarized its evidence against the defendant.

Guilty Plea to Counts 1 and 24 of the Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 5/30/06 @ 1:30 p.m. SOM.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.