IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00372-01 SOM |
| | ) |
| Plaintiff, | ) MOTION FOR CONTINUANCE |
| vs. | ) OF SENTENCING HEARING |
| | ) |
| CATHLEEN A. FREITAS (01) | ) DATE: |
| | ) TIME: |
| Defendant. | ) JUDGE: Susan Oki Mollway |
| | ) |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

COMES NOW the defendant, CATHLEEN A. FREITAS, by and through counsel, Cynthia A. Kagiwada, and moves this Honorable Court for a continuance of her sentencing hearing, currently scheduled for May 30, 2006.  Defendant is seeking a continuance of at least seventeen months, to allow her to complete the residential treatment program that she is currently enrolled in.  Alternatively, defendant moves for a stay of the mittimus following sentencing, to allow her to complete her residential treatment program.

This motion is based upon Federal Rules of Criminal Procedure 32(b)(2) and 47, the attached memorandum of law and exhibits, and the underlying record herein.

DATED:  Kaneohe, Hawaii, April 28, 2006.

Respectfully submitted,


___/s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant
CATHLEEN A. FREITAS