

Daniel Katada
EXECUTIVE DIRECTOR

Vincent Marino
FOUNDER

March 13, 2006

Honorable Judge Susan Oki Mollway
United States District Court
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

Re:  **Cathleen A. Freitas**

Dear Honorable Judge Mollway,

This letter will serve as a formal notice that Ms. Cathleen Freitas is currently a resident of Habilitat's long-term residential treatment program. Ms. Freitas entered our program on October 12, 2005 and has been in the program for almost 5 months. Habilitat is a long-term full-time residential treatment facility ranging from 24 to 30 months.

Ms. Freitas wrote to our office on March 11, 2005 expressing interest at our long term residential program. She and her family were desperate for help for her life threatening chemical dependence issues. She had clearly come to a point in her life where she needed serious help for her addiction.

Ms. Freitas arrived at Habilitat in October, 2005 a miserable and emotionally crippled individual who, in her own words, "felt empty inside." She had been incarcerated on two occasions due to drug related charges and wanted desperately to learn how live by society's expectations.

Habilitat is by no means an easy way out of incarceration. Many of those that enroll are court appointed facing up to 20 years in the state penitentiary yet still leave prematurely. Ms. Freitas, on the other hand, seems determined to rise above the rigors of Habilitat. She remains grounded and committed to finishing what she started.

Today, Cathleen is making steady progress towards becoming a responsible and productive member of society. She has continued to be steadfast in her efforts to change her mentality and behavior. It has taken us several months to get her to the point that she is responding to treatment and it is our professional opinion that any disruption in this process would lead to recidivism.

Returning Ms. Freitas to a jail setting would undoubtedly bring back the side of Cathleen that brought her to the system in the first place. It is our sincere hope there is a legal recourse for allowing Ms. Freitas to complete the program. She can later go back equipped with the value system she so desperately needs. At which time, it is our firm belief that Ms. Freitas will be much stronger and more principled to resist the temptations awaiting her.

We do not wish to imply that Ms. Freitas should not stand to account for her crimes. We only wish she might be given the chance to finish her rehabilitation. In the interim, we will update your Honor and all involved parties of Ms. Freitas' progress.

If you should have any further questions regarding Ms. Freitas' rehabilitation, please feel free to contact me at 235-3691. Rest assured that if anything should arise we will contact you and all necessary parties immediately.

Kind Regard,

Jeff Nash
Facility Director