IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00372 SOM |
| | ) |
| Plaintiff, | ) FLYSHEET FOR EXHIBIT "B" |
| vs. | ) |
| | ) |
| CATHLEEN A. FREITAS (01), | ) |
| | ) |
| Defendant. | ) |
| | ) |

**FLYSHEET FOR EXHIBIT "B"**

Exhibit "B" will be filed manually in the clerk's office.