# **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served electronically through CM/ECF:

| | | |
|---|---|---|
| Wes Porter | wes.porter@usdog.gov | April 28, 2006 |
| Donna Gray | donna_gray@fd.org | April 28, 2006 |

DATED: Kaneohe, Hawaii, April 28, 2006.

/s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA