ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 8 2006

at ___ o'clock and 15 min. P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,
                Plaintiff,
      vs.

CATHLEEN A. FREITAS (01),

                Defendant.

) CR. NO. 05-00372 SOM
)
) COVER SHEET FOR
) EXHIBIT "B"
)
)
)
)
)

## COVER SHEET FOR EXHIBIT "B"

Defendant, CATHLEEN A. FREITAS, filed a Motion for

Continuance of Sentencing Hearing electronically on April 28, 2006.

Exhibit "B" to the motion is being filed manually in the clerk's office.



# HABILITAT

## THE PLACE OF CHANGE

Vincent C. Marino, Founder | Established 1971

**LONG-TERM RESIDENTIAL SUBSTANCE ABUSE TREATMENT**

www.habilitat.com

45-035 KUHONU PLACE • KANEOHE, HI 96744

Toll Free: 1-800-USA-2525



# The Senate
# State of Hawaii

## RECOGNIZES HABILITAT FOR EXEMPLARY COMMUNITY SERVICE

Excellence is marked by personal sacrifice, superior leadership qualities and a willingness to serve others. The State of Hawaii aspires for such distinction in all of its citizens. It is only through one's dedication and initiative that such individual achievement can be reached. Those who surpass these high ideals and have set no boundaries for one's efforts deserve the utmost respect and recognition.

Through their dedicated commitment to serve their community, the staff members of Habilitat in Kaneohe greatly contribute to the pursuit and fulfillment of higher standards of living for all the people of Windward Oahu and the State. For 32 years, they have provided habilitation services to people with serious, long-term drug and/or alcohol addictions. They teach them discipline and mutual respect in an extended family atmosphere by employing the "therapeutic community" mode of treatment, which is regarded by many experts as the most proven method of drug treatment. A total of 103 residents were admitted to Habilitat's substance-abuse treatment program during the 2002-2003 fiscal year.

Habilitat also provides residents with several vocational training programs in the field of their choice, such as accounting, administration, clinical care, food services, and information technology, that are designed to qualify residents for careers in these fields. With the help of certified teachers and tutors, Habilitat enables those residents without a high-school diploma to earn a general equivalency diploma through an on-site high school. During 2002, 20 students, ages 18 to 40, attended classes, and in 2003, 17 residents, ages 18 to 48, were enrolled. By the end of the school year, 11 had become employed and two enrolled at the University of Hawaii.

While the nonprofit corporation relies heavily on grants that mostly come from charitable foundations and businesses, Habilitat also operates its own fund-raising projects. In December 2002, Habilitat sold more than 3,500 Christmas trees, wreaths and door charms. On April 12, 2003, Habilitat held its third annual luau and benefit concert at the Windward Community College during which about 65 items were auctioned off. Such fund-raising events are vital in sustaining Habilitat's operations and also help to ensure its autonomy.

The Senate of the Twenty-Second Legislature of the State of Hawaii recognizes the staff members of Habilitat in Kaneohe for their commitment to excellence. The Senate also expresses to them its warmest aloha and best wishes for continued success in all their future endeavors.

Done this 17TH day of DECEMBER, 2003

State Capitol, Honolulu, Hawaii

Sponsoring Senator

President of the Senate

Clerk of the Senate

The 22nd Legislature

Certificate No. 1512





## A Message From the Executive Director

Over three decades ago Habilitat was founded on the idea that addicts could recover if they were willing to work toward independence and self-reliance. Founded in 1971, Habilitat continues to teach the same principles that are associated with success. Honesty, integrity, self-discipline and resiliency are all concepts that are at the center of our philosophy.

Habilitat has helped thousands of people throughout the years.

We have developed techniques for creating the qualities lacking in many people's character: self-esteem, self-worth, and self-discipline. We motivate the unmotivated and often succeed where other programs have failed. Habilitat's approach to treatment is unique. We do not subscribe to the notion that addiction is a disease. We teach people the truth: "addiction and alcoholism is a choice". At Habilitat residents will learn a value system that will guide them in making the right choices. It is that simple.

Habilitat continues to maintain the high level of excellence. We choose to concentrate on quality rather than quantity. Our facility is staffed by program graduates who have worked hard to put their lives back in order. They know first hand what it takes to overcome an addiction and become a productive member of society. They also understand what it takes to go through the Habilitat program.

We have understood for many years that rehabilitation from drugs alone is not enough to ensure long-term success. People need marketable skills and work ethics if they are to be competitive in today's workforce. Our vocational training programs are second to none in the substance abuse treatment community. Habilitat residents re-enter society armed with the tools needed to find gainful employment upon completion.

To date, the problem of substance abuse continues to tear at the very fabric or our society. Addictive drugs are more plentiful than ever. These substances are gripping the souls of our children corrupting them to felonious crimes that lead to incarceration. Drug and alcohol treatment is far better than a jail sentence. Habilitat offers a way for those who are willing to do the work. We're here to help.

Aloha

*Daniel Katada*

Daniel Katada
Executive Director

HABILITAT
THE PLACE OF CHANGE

3

# What Is Habilitat?



For over 33 years, Habilitat has been motivating the unmotivated. It has long been recognized as one of the nation's foremost residential substance-abuse treatment program. With meager resources, Vinny Marino founded Habilitat on January 27, 1971, starting with only eight people housed in a small home in Kailua, Hawaii. Vinny was determined to pursue his uncompromising commitment to address the growing epidemic of individuals with substance abuse problems and other anti-social behaviors.

Since its modest beginnings, Habilitat grew to accommodate 200 residents at its new oceanfront facility in Kaneohe, Hawaii, just 30 minutes away from famous Waikiki beach. Vinny brought Habilitat to national prominence by demonstrating a high success rate and helping thousands of families here and throughout the world.

An integral component contributing to Habilitat's success is its diverse vocational training programs, such as food services, masonry, landscaping, carpentry, telemarketing, data entry, and information technology. This component of Habilitat's curriculum offer residents opportunities to cultivate and refine the principles that Habilitat emphasizes: self-respect, accountability, concern for others, constructive criticism, self-discipline, lifelong learning, and a strong work ethic.

With increased responsibility generated by growth in Habilitat's resident population, Habilitat initiates ways to remain self-sufficient. Fund-raising projects such as Christmas tree sales, catering, event promotion, and music production help maintain Habilitat's goals of autonomy and self-reliance. These businesses also provide for scholarship programs to those in need.

A mere phone call or interview with the Admissions Department can secure subsidy in excess of forty-thousand dollars, if the applicant is willing to commit to the duration of the program and promises to do whatever it takes. Habilitat has never turned down an applicant who was sincere in changing his or her life.

Habilitat is an alternative to the Twelve Step approach to substance abuse treatment. Over the course of one's stay the individual takes a crash course in life and the values needed to flourish in it. Habilitat graduates leave with a re-energized moral core routed in honesty, integrity, hard work, and commitment.

It is our belief that substance abuse is the result of poor choices. *It is not a disease*. Habilitat will teach you to make the right decisions based on your new value system.

## HABILITAT
### E PLACE OF CHANGE

4

Numerous situations prompt the seeking of admission into the Habilitat program, in the majority of cases, previous attempts at rehabilitation have either failed or the treatment ultimately proved to be insufficient. In other instances, the judicial system decrees that an individual commit to treatment, henceforth presenting a second chance at a meaningful life. The inability to manage one's life is a common denominator among those that have sought the help we have to offer.





**Admission representatives assisting a prospective enrollee**

All applications and inquiries pertaining to admission are routed through our Admission Department; which constitutes the initial contact point for prospective residents or their representatives. As very few substance abusers are actually decided on taking measures to change, the initial correspondence is usually between Admissions representatives and distressed parents, husbands, wives, and even friends; and in some cases, lawyers, judges, parole and probation officers, as well as social workers.



**Once accepted one is considered a member of the Habilitat Family**



**HABILITAT**
THE PLACE OF CHANGE

5