

**A family tours the facility just as they would a college**

Our Admissions Team is composed of highly experienced individuals who are more than familiar with the idiosyncrasies associated with the addictive personality. Being more than ready to be of assistance, they qualify admission of the candidate, based on certain pre-requisites. The Admissions Team also determines scholarship eligibility.

Local applicants are screened through appointment and out of state enrollees apply by telephone. Speaking engagements and admission seminars are conducted by our staff in schools, clubs and various facilities upon request. Nationally, requests for admission particulars are received and entertained through our toll-free number. A link to the Admissions Department can also be found online at: **www.habilitat.com**

Three standard procedures are taken prior to actual acceptance into the Habilitat program: pre-admission screening, psychiatric evaluation, and a final interview.

Screening starts with preliminary testing to determine eligibility health wise. Your primary care physician will determine if you are physically able to participate in the program. The second step is a comprehensive psychiatric evaluation conducted by our consultant psychiatrist to rule out mental illness. Finally, to determine the sincerity of an applicant's desire to change, a personal interview is held at our facility by clinical staff members and hand-picked senior residents.

The Admissions Team eases the transition process by providing initial orientation. It is their intention that every new resident taking that First Step gets started on the right foot.

HABILITAT
THE PLACE OF CHANGE

6

## LEARNING THE BASICS

"Treatment" is a highly controlled and structured phase where residents are closely supervised. The early part of this phase comprises the most vital evaluation period where most of an individual's inclinations, strengths, and weaknesses are established. Residents are initially assigned to the Orientation Crew to help familiarize them with the rules and guidelines of the program.





*Friendships in Habilitat are founded on tough love*

During this transition period, residents are encouraged to meet and get-to-know other residents. The priority is for residents to feel part of the population and this can only be achieved by creating bonds and friendships. The various therapeutic tools are introduced as are the basic mechanics of the program.



*The Rap Session is a crucial tool in building bonds among residents*



Immediately after the orientation period, residents are assigned to various working crews and responsibilities are awarded on an earning basis. During the day, aside from the time consumed by regular job functions, time is allocated for academics, seminars and encounter groups; leaving no time for non-constructive endeavors.

There are three basic tools in the treatment phase through which residents learn how to express their feelings, thoughts and creativity.



Phase One: **TREATMENT**

HABILITAT
THE PLACE OF CHANGE

7

The first tool, Morning Meeting is composed of 45 minutes of singing, skit playing, laughter and "lunacy". Designed to encourage interaction, it serves to suppress inhibitions and allow residents to sublimate with positive energy.

The second tool, Seminars, is incorporated into the curriculum to assist in broadening the scope of the resident's thinking and ideas. Guest speakers are scheduled, as are pro and con debates (on current and relevant issues) as well as audio visual material and recreational activities.


Pilgrims about to land on Plymouth Rock

The third tool, The Encounter Group, otherwise known as Games, is the program's most effective and essential tool. It is the venue where peer pressure is best exerted and normal day-to-day frustrations and hostilities are released. Residents are given a chance to openly discuss their fears and insecurities giving their peers a glimpse of personal facets. Direction and guidance is then given by the group and its leader. The individual not only leaves the Encounter Group with an idea of what to work on but more importantly with a solution to their problems.


Encounter groups are considered the heartbeat of the program

In the treatment phase, residents are taught a new way to compromise with emotional immaturity, to cope with day-to-day pressures, anxieties and disappointments without relying on intoxicating substances. After a couple of months, residents are encouraged to re-establish communication with their families; initially through written correspondence, phone calls, and eventually visits. Recreational activities such as beach trips, picnics, fishing trips, outdoor sporting activities and movie outings are granted on an earned basis; under the auspices of staff members, older residents or graduates of the program.


Seminars keep residents on a positive track.

At Habilitat, residents work hard, learn hard and play hard. The Treatment Phase provides the foundations of a new lifestyle  one focused on responsibility, self-reliance, self-awareness, confidence and a commitment to change.



HABILITAT
THE PLACE OF CHANGE

8

## THE BASICS APPLIED

The resident is advanced to the Re-Entry Phase in approximately six months after induction. At this stage, much of the structure found in the treatment phase has been reduced and the individual is compelled to make the gradual adjustments required from the highly controlled environment to a period of self-initiative overseen by staff.

Greater demands are placed on an individual starting with vocational training.

Emphasis is placed on responsibility and accountability. At this point, an individual is expected to cope with a normal workday agenda, which includes getting themselves out of bed and to work on time. As peculiar as it sounds to the lay person who instinctively does this on a daily basis, something as basic as getting up in the morning has to be re-learned.

From this point of the program, residents are obliged to learn a practicable and marketable skill. They earn a nominal stipend with which they are taught to formulate a budget, as they would normally do in the real world. Actual contact with people and elements outside of the program becomes mandatory; thereby providing the exposure needed while gradually re-entering society.

The Encounter Group is still part of their program. Played two evenings a week, it keeps individuals in tune with why they came to Habilitat and what they came to accomplish. After the normal work day, Re-Entry residents are made to assume various responsibilities which include the filtering down of information to the younger residents. The act of "giving back what was given to you" is an important concept taught in hopes residents learn to be selfless.





*Re-Entry residents learn a work ethic that will enable them to compete in the workforce.*



Phase Two: **Re-Entry and Vocational Training**

HABILITAT
THE PLACE OF CHANGE

9

## Phase Three: Post Re-Entry

### THE TRANSITION BEGINS

The post re-entry phase is designed to alleviate "culture shock" syndrome. Based on considerable past experience with residents who encountered serious problems after completing the program, gradual transition is necessary to increase the prospective graduate's chances for success. It is in essence stepping down from the highly structured, controlled environment and beginning to enter the mainstream of society. Post re-entry residents begin community involvement by first attending AA and NA meetings weekly. There is a more gradual winding down of clinical controls and residents make more and more decisions regarding their future, goals, education and occupation.

Staff play a vital role in guiding the post re-entry resident. Whether it be through informal one-on-ones or classes, staff members enlighten them on critical issues ranging from re-building credit to preparing a resume.



Re-entering into society can be fun


Reuniting with family is key


Post Re-Entry residents are encouraged to start planning for the future



HABILITAT
THE PLACE OF CHANGE

10

Running a 120+ population on a four acre facility in sunny Hawaii is no small undertaking. The cost of meals, utilities, office supplies, cleaning, products, and insurance is very expensive.

As a private long-term program, Habilitat does not rely on third party payment nor state and federal funding. Private grants, an Acquisition Department, creative fund-raising, and a Construction Department have kept the program strong since 1971.

Graduate staff members oversee re-entry and post re-entry residents in charge of food service, medical needs, administration, induction, fund-raising, maintenance, wood working, construction, and clinical.

The values of hard work, commitment, and integrity are taught in a work setting during the final 18 months. Upon completion the Habilitat graduate is technically and emotionally equipped to compete in today's job market.

## FOOD SERVICE

The Habilitat Food Service Department affords our residents on-the-job training in the culinary arts, kitchen management, and computer skills areas. Learning the discipline, determination and drive to feed over one hundred people three times a day prepares the residents for employment once they graduate the program. Not only do they learn the day-to-day routines of food preparation they also learn how to meet the dietary standards of residents on special diets from a licensed dietician.

The long days and nights in a Habilitat kitchen forges a cast iron work ethic. Many graduates from this department have gone on to earn a living in the Food Service Industry.





Vocational Training: The Secret to Success

HABILITAT
THE PLACE OF CHANGE

11

## MEDICAL

Residents who train in this department work under the direct supervision of a Registered Nurse. Residents are trained in medical administration, basic first aid, and medical documentation. They are also educated in medical office and computer skills. Transcription of doctor's orders and a proficiency in medical terminology are added to their curriculum. In addition, it is the responsibility of medical staff to evaluate and follow up resident's medical conditions with the Facility Nurse or medical doctor.





The vocational training inspires some residents into pursuing nursing degrees of their own.



Habilitat's registered nurse runs the Medical Department and makes sure that "it won't hurt a bit".

## ADMINISTRATION



The administration department offers training in word processing and Microsoft Office applications. This office is responsible for the organization of resident's files, follow up studies, monthly assessments, phone console operation, and statistical analysis. The residents also receive training in handling large amounts of incoming and outgoing mail as well as keeping all offices properly stocked with office supplies and postage. It is an excellent environment for one to learn attention to detail, organization, and a lot of patience.





**HABILITAT**
THE PLACE OF CHANGE

13

## INDUCTION

The Induction Department is the public's first point of contact with Habilitat. Concerned parents, loved ones, and outside agencies coordinate admission with intake counselors either by phone or appointment.





"Applicants to Habilitat can be denied admission unless they are a hundred percent committed to making a change in their lives"

**Director of Induction**



Induction representatives have the responsibility of screening prospects. They determine medical, financial, and legal eligibility based on criteria set forth by the program.

Residents in this department gain knowledge in human resource management and an entry level understanding of the judicial system.

HABILITAT
THE PLACE OF CHANGE

14