# FUNDRAISING

The fundraising department provides almost thirty residents the opportunity to hone their talents in the field of Sales. Residents come to work each day to either market Christmas Trees, sell tickets to an annual Luau, Auction and Benefit Concert, or acquire donated items for the facility.

With over 29 years of experience behind us, Habilitat has become the largest distributor of plantation sheared firs, wreaths, and door charms on the island of Oahu. Our trees are found in the lobbies of many top hotels in Honolulu all the way to Waikiki's studio apartments. Residents pre-sell trees and wreaths over the phone and distribute thousands of units on what has appropriately been referred to as D-Day



Habilitat's first acquisition was a lawn mower and some garden tools. Today, thanks to the Acquisitions Department, an entire warehouse stores anything from paper clips to laser printer toner, computers to printers, shoes to flip-flops, and even boxers to briefs.





The crew goes back on the phones to begin the Luau, Auction and Benefit Concert at the beginning of each year. The one day event is proving to be a big fundraiser for the program. In addition to the thousands of people attending the luau, local and out of state supporters donate items for the auction: jewelry, artwork, appliances, travel packages, vehicles, boats, and even an acupuncture session are staples of the auction. While all of this is going on another team is busy acquiring items for the facility.



HABILITAT
THE PLACE OF CHANGE

15

# Annual Luau Auction and Benefit Concert



*Thousands come every year to the beautiful grounds beneath the Koolau Mountains*





*The selling of the tickets and set up of the venue, everyone, pitches in to ensure the fundraiser's success.*



*The "Imu" is an ancient Hawaiian "oven" used in preparing meats for luau's. Pork, chicken, and fish cook under a layer of smoldering lava rock and assorted leaves for up to 18 hours. Tender meat is an understatement*



HABILITAT
THE PLACE OF CHANGE

16



# Habilitat Christmas Trees



*Residents begin selling trees and wreaths as early as July*

*Eight lots distribute thousands of trees & wreaths on the first week of December.*









*Our customer service is as good as our trees*



*Our trees also grace many hotel lobbies in the Honolulu and Waikiki area*

HABILITAT
THE PLACE OF CHANGE

17

## HABILITAT MAINTENANCE

In its spirit of self-reliance Habilitat has a maintenance department responsible for the upkeep of the four acre facility. As with all departments it is run by staff members and supported by residents who learn an important vocation. The maintenance department is in charge of making sure that the property is in excellent working and physical condition. In addition, a hydroponics tent is maintained with vegetables for the facility and for commercial sale to help keep vendor consumption down.



The maintenance department is in charge of making sure that all plumbing and electrical wiring are in working order. It is also their job to ensure that the structures and buildings are kept up to standard.

The staff, who are vocational trainers, teach residents the skills of drywall hanging and finishing. Residents learn to maintain areas that need masonry, plumbing, electrical, ceramic, composition tile laying and painting. Because of the assorted power tools required, vocational trainers also incorporate much needed safety procedures into the curriculum.







HABILITAT
THE PLACE OF CHANGE

18

## CLASSIC KOA CREATIONS

The goal of Habilitat's newest enterprise is to introduce residents to the creative world of woodworking.

Hawaii is fortunate to have a wide variety of beautiful wood to work with. Residents are taken on field trips to help harvest trees. On these trips residents learn to identify other tree species as well.

Back at the facility, the wood is used to make boxes, bowls, furniture, and many other items. After learning shop safety, vocational trainers teach basic to intermediate woodworking techniques.

Hobbies are an important component in post-program recovery. Woodworking is not only an excellent hobby, it could very well turn into a fun and profitable vocation as well.









HABILITAT
THE PLACE OF CHANGE

19

## SERVICES

Habilitat Services is the largest department with over thirty residents in tow: driveway and sidewalk paving, tile wall construction, masonry repairs, chain link fencing, basic lawn and yard care, and landscaping teach residents a trade while helping keep Habilitat's doors open.

Recently, the department has also branched out into plumbing services. A vinyl fencing company is also in the works.

The Services department is an excellent vehicle for many of our graduates to find employment. Armed with the renowned "Habilitat Work Ethic" and a stellar job placement program, most alumni find jobs in a matter of days from graduation.







20

ABILITAT
A PLACE OF CHANGE

## CLINICAL

Therapy and treatment for all hundred plus residents of the program is facilitated by the Clinical Department. The lines of communication between resident and staff are funneled through the Front Desk: personal requests, medical needs, counseling, and personal issues are handled through Clinical Department personnel.

The Clinical Department's foundation rests on one of Habilitat's key concepts: you can't keep it unless you give it away. Core values and beliefs are handed down to the neophyte daily. As he or she moves up the program the Clinical Department sees to it that whatever was learned is passed on to the latest additions to the Habilitat family. For this simple reason, Habilitat is, and will always be, self-perpetuating.


The Front Desk is the center of all activity.


The One-on-One is a key component





# HABILITAT
THE PLACE OF CHANGE

21

# Health and Fitness

Habilitat residents wake up to a mandatory exercise program daily. Three levels of kickboxing (Tae-Bo), a step aerobics class, and a high-impact session are available to the residents based on their fitness level. The guys and girls wake up at a bright and early 6am three times a week. The weight room facility is open to residents four times a week.



Residents who wish to avail of weight training, a Jacuzzi, and steam room sign up on scheduled days. Although weight training is not mandatory it is encouraged.

Everyone learns that life after the program must incorporate physical fitness. Upon graduation it is our hope that each resident be in prime physical condition to not only look good but more importantly feel good about themselves.





HABILITAT
THE PLACE OF CHANGE

22

