# Food and Nutrition Services



variety of tasty and healthy foods are offered at Habilitat. The food service manager under the guidance of our Registered Dietitian creates menus to meet the nutritional needs of our residents. All menus meet state health guidelines.

esidents who require diets for nutrition related health problems as requested by their physician are provided with foods that meets their needs. Our registered dietitian also provides nutrition counseling to these residents.





HABILITAT
THE PLACE OF CHANGE

23

# Computer Classes



We have computer classes specifically designed to train residents for their vocational training departments. Depending on a residents existing level they can participate in classes that range from turning on a computer to building databases and other more advanced skills through Microsoft Word, Excel, Access, and Power Point.

Computers are a necessary addition to the repertoire of knowledge that is needed to get a job in the world today. Learning to work with them helps to prepare our people to earn an honest living upon graduation.





HABILITAT
THE PLACE OF CHANGE

24

Case 1:05-cr-00372-SOM   Document 42-4   Filed 04/28/2006   Page 3 of 7

[The] Habilitat experience teaches graduates many things about life and themselves. [W]hether it be the concepts of the program or vocational training a resident [e]mbraces that one thing that later serves as the foundation of their new person.

**"The single most important [i]dea Habilitat instilled in me is [a]ccountability for myself and all of [m]y actions.**

I realized that I am in control of [t]he good and the bad events in my [d]aily life. I got nowhere blaming others [f]or my mistakes. I've stopped making [e]xcuses and started looking at what I [c]ould have done or what I neglected to [d]o. This in turn enabled me to change [m]y attitude from an extremely negative [p]erspective into one in which I am able [t]o see both sides and make better [d]ecisions because of this change.

After I graduated Habilitat I went [b]ack to college at the University of [H]awaii. I am studying Secondary [E]ducation with a language arts focus. I [a]m on the Dean's List and I have [e]arned straight A's in the College of [E]ducation. I will graduate in May 2006. [M]y whole family is flying out to watch [w]hat a few years ago seemed [im]possible, me walking down the aisle [t]o collect my college diploma. After I [g]raduate I will be moving to Japan to [t]each English for the Japanese [g]overnment. Quite a change from the [1]25 pound negative creep heroin [a]ddict who arrived in Hawaii in May of [2]000. I owe this transformation to my [f]amily, the friends I made at Habilitat [a]nd most importantly to myself [b]ecause I am accountable."

*Jon Tillery*
Graduated May 1, 2003
University of Hawaii
Secondary Education Major

"Entering the program at the age of 15 was challenging for me. Going from a life of drugs, crime and illegal activity then entering a program - and, having to "grow-up" was very difficult. **The program has helped me in many ways, but most importantly - to be responsible.** Not only for my actions, but for my education, my future, and my life. Being responsible has led me towards a brighter and promising future."

*Zeny Agas*
Graduated, January 1, 2002
Title Guaranty of Hawaii, Inc.
Title Representative
Refinance Department

"I believe that the computer skills and running the Administration Department helped me with where I am today. Overall, the basics of the program have proven to be a foundation in my life. **I practice what I learned and apply the principles to every decision I make.** The program saved my life and introduced me to a great one that I am so proud of today."

*Kim Cano*
Graduated, October 16, 2000
Office Manager
Haztech Environmental Services, Inc.

Managing Consultant
Goodenow Associates, Inc.
Pre-employment/Tenant Screening Division



Last Step: **SUCCESS**

HABILITAT
THE PLACE OF CHANGE

25

<S>



Our warmest thanks to all of you who continue to support and believe in us:

AAMA Surf & Sport
Aaron Chang Clothing
Accel Wheels
ACCO International
Ace Tool
ACME United Corp.
Action Tree Service
Adrienne Designs
Advertising Associates International
Affassco
AFTCO Blue Water Wear
Aggro Pacific
Air Liquide of America
Aloha Petroleum
Aloha Shoyu
Alpine Stars
Anna G
Anna Paul
Anne Klein
Anvil Knitwear
Aqua Leisure
Architectural Surfaces
AS & H Resources
Atlantis Adventures
Atlantis Match
Atomic Ski USA
Audies Auto Tech
Avi Kiriaty
Avon
Baby Phat NY
Baird & Co Inc.
Banana Republic
Barrs Muffler & Welding Shop
Bass World West
BC Surf
Benchmade Knives
Benihana
Bernie Donahue
Bette & Court
Bibbero Systems Inc.
Bill Braden
Bissell Inc.
Black Flys
Black Hawk Products Group
Blackbox
Blockbusters
Bloodline
Blue Cast Denim
Blue Dolphin Designs
Blue Planet Surf
Boast Inc.
Body Glove Apparel
Body Shop
Bondhus
Boss
Bounty Trading Co.
Bowtech
Bradford Billiards & Bars
Branch Med Supply
Bright Glow
Burger King
Burton Snowboards
Bushnell Sport Optics
Cabela's
Calvin Klein Sport
Carhartt
Carolina Skiff
Cathay Kai Fine Jewelry
Central Marine
Chanel Boutique
Chattem Consumer Products
Chicago Pneumatics
Chuck "E" Cheese
Church & Dwight Co. Inc.
Cico Enterprises
Cinnamon Girl
Circle T
Circus Circus Hotel & Casino
City Mill
Clips
Coach
Cobblestones
Coca Cola
Coker Cues
Coloplast
Commercial Enterprises
Con Surfboards
Conair Corporation
Conney Safety Products
Costco
Creighton Inc.
Crystal Lockwood
D&D Trading Co.
David Gallegos
Day Runner
Dean Markley
Deep Ecology
Demarze Co
Dental Works
DFG Inc.
DKNY
DNE Pharmaceuticals
Dragon Optical
Dub Mag Audio
E. Smith Socks
Eagle Claw
Ecko
Ecover
Element Skateboards
Enzania
Escalade Sports
Eunco
Eversharp Pen Company
Excel High Inc.
Express Fashion
Eyecatcher Sunglasses
Fancee Free Mfg.
Fantastic Sams
FastCap
Felina Lingerie
Fila USA
Flipside
Flojos
Floral Resources
Fox Creek Leather
Franklin Instrument Co. Inc.
FreshJive
Fruit of the Loom
Furuno
Gaspro
George McGhee
Giant
Gibson Guitars
Gillette Corporation
Globe
Golden Eagle Distributors
Gold's Gym
Good Neighbor Pharmacy
Good Sports Inc.
Goode Ski Tech
Gouvea Sausage
Grainger Inc.
Grande's Gems & Gallery
Granite Knitwear
Graphic Prints
Great American Business
Great Neck Saw
Green Hawaii Landscaping
Gregg Shritmakers
Haigh Enterprises
Hampton Fitness Products
Hanes Her Way
Hanes Hosiery Inc.
Happy Shirts
Happy's Snack Shop
Hard Rock Café
Hardware Hawaii
Harley Davidson
Harloff
Harold's
Head Penn Racquet Sports
Healing Source
Herbert Chock & Associates
Hitachi
HL Corporation
HMAA
Hobey Beck
Hopaco
Kong Enterprises
Howard Berger Co.
HPC Foods
Humboldt Surf Shop
Hurley
I.C. Isaacs
Identification Products Corp.
Ikelite Manufacturing
IMPO International
In Hear Fashion
Indich Collection
Indigenous Designs Corp
Inspiration
International Data Pater Inc.
International Galleria & Design
Iridium Jewelry
Irwin Tool
J&B Dental Supply
J&D Painting

HABILITAT
THE PLACE OF CHANGE
26
</S>

| | | |
|---|---|---|
| Jack in the Box | McDermott Cues | Ryobi American Corporation |
| Jade Painting | McDonald's | Safeway |
| Janzten | Mead Johnson | Salon 45 |
| Jemco Products Co. | Mecca/ International News | Salon Services |
| JNCO | Medline Industries Inc. | Sam Goody |
| Jockey | Mephisto Tool Co. | San Francisco Network |
| Joe Boxer | Merle Norman | San Segal Sportswear |
| John Severson | Mervin Mfg. | Sandy's Creations |
| Johnson & Johnson | Miami Cool Wear | Santa Cruz Snowboards |
| Johnson Knitting | Midweek | Scubapro |
| Kaiser Permanente | MK Diamond | Sean John |
| aj's | Molten USA | Senco |
| angol | Morena Gino Enterprises | Serenity Nail Salon |
| araoke.com | Mudd Jeans | Service Printing Co. |
| awahara Gardening Spec, Inc. | National Detroit | Shades of California |
| | Nextel | Shavel Home Products |
| B Toy Store | Nielson Kellerman | Shimano |
| C & Company | Nitrous Express | Shirley of Hollywood |
| elley Cutlery Etc. | Non-Stop Travel | Shred Alert |
| ellwood Co. | North Face, the | Sick Surf Hawaii |
| eneke's | Oakley | Sierra Stream & Mountain |
| enneth Cole | Ocean Joy Cruises | Silkwood Wholesale |
| cker | Orange Glo | Simmons Co. |
| rby | Oreck | Sky High Unlimited |
| Mart | Pacific Clothing | Skyline Northwest Corporation |
| a Boardsports | Pacific Home | Smead Manufacturing |
| ohala Divers LTD | Pacific Rim Cycle | Smith Sport Optics |
| okatat | Pac Blue Concrete of Hawaii | Solid Surf |
| man Sportswear | Pan Aqua's Diving Bell | Sony Pictures Digital |
| amers | Pan Pacific Brokerage | Southern Pride Choppers |
| nce Fairly Gallery | Paradise Beaty Center | Spartan Sportswear |
| ncer | Paradise Collection Unlimited | Starbucks |
| ntis Eyewear | Paris Blue | Stone Mfg. |
| nzar | Patagonia | Stussy Inc. |
| verne's Catering | Paul Brown Salon | Subway |
| atherman Tool Group | Paul Davril | Sun Industries |
| scrafters | Paul J. Armbruster, Goldsmith | Sunderland of Scotland |
| ewear | Phat Sound Productions | Taco Bell |
| da Porten | Pilot Corporation of America | Ted Baker LTD |
| e Corporation | Pizza Hut | Tee Top of California |
| Claiborne | Polaris Ind. | Testron |
| cal Motion | Polk Audio | Texas Pneumatic |
| cals Only | Polo Jeans | The Allen Company |
| ckwood & Associates | Polo Ralph Lauren | The Gap |
| esome Charlies | Premium Inc. | The Hunter Collectibles |
| ging International | Prison Blues | The Tire Rack |
| gs Drugs | Product Resources | The Willows |
| ves | PT Massage | Timberland Co. Inc. |
| | PVH Apparel Group | Tohatsu |
| ky 13 | Quicksilver | Tokoro Surf Boards |
| ky Brand Jeans | R&K Maintenance | Tommy Bahamas |
| ottica | Rainbow West | Tommy Hilfiger |
| us International | Randy Pitre Fine Arts | Tommy's Design Inc. |
| Soffle Co. | Red Lobster | Tommy's Jewelry |
| d Soul Clothing | Rhino Linings | Topaz Goldsmith & Gallery |
| denform | Rip Curl | Tori Richards |
| na Riders | Rising Tide | Toshiba America |
| ithe Francois Girbaud | Ritchie Swimwear | Toys - R - Us |
| shall White | Riviera Clothing Co. | Turf & Shrub Care Hawaii |
| y Kay cosmetics | Robinson Mfg. | Unitek Solvent Services |
| yland Brush Co. | Roca Wear Clothing | Windward Automotive Repair |
| ch Jeans | Rock Sports | Windward School |
| Studio | Round Table Pizza | |
| x Boxer | Rousseau Inc. | |



HABILITAT
THE PLACE OF CHANGE

27



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly mailed and/or personally delivered to the following on April 28, 2006:

>WES REBER PORTER
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii 96813
>
>DONNA GRAY
>Assistant Federal Defender
>PJKK Federal Building
>300 Ala Moana Boulevard, Suite 7104
>Honolulu, Hawaii 96850-5269

DATED: Kaneohe, Hawaii, April 28, 2006.

*/s/ Cynthia A. Kagiwada*
CYNTHIA A. KAGIWADA