# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/22/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00372SOM

CASE NAME:         USA vs.  (01) Cathleen A. Freitas

ATTYS FOR PLA:     Wes Porter

ATTYS FOR DEFT:    01 Cynthia Kagiwada

                   Carol Miyashiro/Alison Thom (USPTS)

---

JUDGE:    Susan Oki Mollway          REPORTER:    Debra Chun

DATE:     5/22/2006                  TIME:        9:45 - 10:00

---

COURT ACTION:  EP: Motion for Continuance of Sentencing Hearing -

Defendant (01) Cathleen A. Freitas present.

Discussion held.

Motion for Continuance of Sentencing Hearing - Granted.

Sentencing to Counts 1 and 24 of the Indictment is continued to 5/29/07 @ 1:30 p.m. SOM.

Ms. Kagiwada to submit in writing a supplemental sentencing statement by 5/18/07.

No written order will be prepared.

Submitted by: Toni Fujinaga, Courtroom Manager.