Cynthia A. Kagiwada #7969
P.O. Box 368
Kaneohe, HI 96744
Telephone: (808) 230-4430
c_kagiwada@hotmail.com

Attorney for Defendant
CATHLEEN A. FREITAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00372-01 SOM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) CHANGING SENTENCING |
| | ) |
| CATHLEEN A. FREITAS (01) | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>STIPULATION AND ORDER CHANGING SENTENCING</u>**

The United States of America, through Assistant United States Attorney Wes Porter, and the defendant, Cathleen A. Freitas, by and through her counsel, Cynthia A. Kagiwada, hereby agree and stipulate, and request that the Court approve a change of the sentencing hearing in

this case from May 29, 2007 at 1:30 p.m. to August 14, 2006 at 3:00 p.m. before the Honorable Susan Oki Mollway.

    DATED: Honolulu, Hawaii, August 21, 2006.

                                            By /s/ Wes Porter
                                                WES PORTER
                                                Assistant U.S. Attorney

                                                /s/ Cynthia A. Kagiwada
                                                CYNTHIA A. KAGIWADA
                                                Attorney for Defendant
                                                CATHLEEN A. FREITAS

APPROVED AND SO ORDERED:

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

<u>United States of America v. Cathleen A. Freitas</u>, Cr. No. 05-00372 SOM (2); Stipulation and Order Changing Sentencing.