Cynthia A. Kagiwada #7969
P.O. Box 368
Kaneohe, HI 96744
Telephone: (808) 230-4430
c_kagiwada@hotmail.com

Attorney for Defendant
CATHLEEN A. FREITAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00372-01 SOM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | CHANGING SENTENCING |
| ) | |
| CATHLEEN A. FREITAS (01) ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND ORDER CHANGING SENTENCING**

The United States of America, through Assistant United States Attorney Marshall Silverberg, and the defendant, Cathleen A. Freitas, by and through her counsel, Cynthia A. Kagiwada, hereby agree and stipulate, and request that the Court approve a change of the sentencing hearing in this case from Augusts 14, 2006 at 3:00 p.m. to October 10, 2006 at 3:00 p.m. before the Honorable Susan Oki Mollway.

DATED:  Honolulu, Hawaii, August 23, 2006.

By /s/ Marshall Silverberg

           MARSHALL SILVERBERG
           Assistant U.S. Attorney


           /s/ Cynthia A. Kagiwada
           CYNTHIA A. KAGIWADA
           Attorney for Defendant
           CATHLEEN A. FREITAS


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; September 6, 2006.



_____
Susan Oki Mollway
United States District Judge

United States of America v. Cathleen A. Freitas; Cr. No. 05-00372-01 SOM
Stipulation and Order Changing Sentencing