

ORIGINAL

PETER B. CARLISLE  2209
Prosecuting Attorney
AMY MURAKAMI  5846
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     547-7463
FAX:  527-6546
Attorneys for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 2 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00372-SOM |
| | ) | |
| Plaintiff, | ) | APPLICATION REGARDING |
| | ) | TEMPORARY TRANSFER OF |
| v. | ) | CUSTODY TO THE STATE OF HAWAII |
| | ) | REGARDING WRIT OF HABEAS |
| CATHLEEN FREITAS, | ) | CORPUS AD PROSEQUENDUM; |
| | ) | EXHIBITS "A AND B" |
| Defendant. | ) | |

APPLICATION REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Amy Murakami, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the physical custody of CATHLEEN FREITAS from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials from time to time and as needed until the conclusion of State of Hawaii v. CATHLEEN FREITAS, Criminal Nos. 04-1-2126 and 05-1-0278.

Defendant CATHLEEN FREITAS is now detained in the custody of the United States Marshal Service, District of Hawaii, serving a 32-month federal term of imprisonment.

Defendant CATHLEEN FREITAS has sentencing before the Honorable Virginia Lea Crandall, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently scheduled for November 13, 2006, 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter.  (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of CATHLEEN FREITAS from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on November 1, 2006, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. CATHLEEN FREITAS, Criminal Nos. 04-1-2126 and 05-1-0278, Defendant CATHLEEN FREITAS will be returned to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii:  November 2, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
AMY MURAKAMI
Deputy Prosecuting Attorney
City and County of Honolulu