OCT-24-2006 TUE 09:44 AM PROSECUTING ATTY MISD    FAX NO. 808 527 6471    P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

October 23, 2006

Wes Porter,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

**FAX TRANSMITTAL**
To: June Koja
From: Marshall Silverberg
Fax #: 527-6471

RE:  State of Hawaii v. Cathleen Freitas
     Criminal Nos. 04-1-2126 & 05-1-0278

Dear Mr. Porter:

I understand the above-named individual is currently in the custody of the federal government serving her federal sentence. The State of Hawaii has two cases involving the same individual and would like your approval to take custody of this person commencing on November 13, 2006 (or on a mutually agreed upon date coordinated with the U. S. Marshal Service, District of Hawaii). The individual will later be returned to the U. S. Marshal Service, District of Hawaii, on a mutually agreed upon date.

Please sign below if you agree to this request and FAX a copy of this letter to **June C. Koja**, FAX no. 527-6471. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at 547-7463 or June C. Koja at 527-6448.

Very truly yours,

Amy Murakami
Deputy Prosecuting Attorney

APPROVED:

Wes Porter  Marshall Silverberg
Assistant United States Attorney

EXHIBIT "A"