PETER B. CARLISLE 2209
Prosecuting Attorney
AMY MURAKAMI 5846
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:   547-7463
FAX: 527-6546
Attorneys for State of Hawaii

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 NOV -1 PM 2: 19

H. CHING
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE CATHLEEN FREITAS,<br><br>Defendant. | S. P. NO. 06-1-0368<br>(Cr. Nos. 04-1-2126 and 05-1-0278)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE VIRGINIA LEA CRANDALL, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Amy Murakami, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.   That CATHLEEN FREITAS has two case in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal Nos. 04-1-2126 and 05-1-0278;

EXHIBIT "B"

2. That sentencing in Criminal Nos. 04-1-2126 and 05-1-0278 is scheduled for November 13, 2006; 8:30 a.m., before the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit, State of Hawaii;

3. That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4. That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of CATHLEEN FREITAS to State of Hawaii Officials on November 13, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2. bring the said Defendant before the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit, on November 13, 2006; 8:30 a.m.; and thereafter

3.     return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: October 23, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
AMY MURAKAMI
Deputy Prosecuting Attorney
City and County of Honolulu

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii:     OCT 30 2006

VIRGINIA LEA CRANDALL
_____
VIRGINIA LEA CRANDALL
Judge of the above entitled court

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of CATHLEEN FREITAS, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on November 13, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.   retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.   bring the said Defendant before the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit, on November 13, 2006; 8:30 a.m.; and thereafter

3.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this _____ day of

_____OCT 31 2006_____.

C. Okido
Clerk, Circuit Court, First Circuit
State of Hawaii



VIRGINIA LEA CRANDALL
Judge of the Circuit Court
First Circuit, State of Hawaii